# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT WOMACK,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**VERIZON WIRELESS (VAW) LLC,**<br><br>　　　　　　Defendant. | Civil Case No.: 16-1716 |

## VOLUNTARY DISMISSAL WITH PREJUDICE

By stipulation of the undersigned, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert Womack, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice, which each party bearing its own costs and attorney's fees.

**Dated**: April 28, 2016

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy M. Glapion*
　　　　　　　　　　　　　　　　　　　　　Jeremy M. Glapion
　　　　　　　　　　　　　　　　　　　　　**THE GLAPION LAW FIRM, LLC**
　　　　　　　　　　　　　　　　　　　　　1704 Maxwell Drive
　　　　　　　　　　　　　　　　　　　　　Wall, New Jersey 07719
　　　　　　　　　　　　　　　　　　　　　Tel: 732.455.9737
　　　　　　　　　　　　　　　　　　　　　Fax: 732.709.5150
　　　　　　　　　　　　　　　　　　　　　jmg@glapionlaw.com