UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT WOMACK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON WIRELESS (VAW) LLC,<br><br>　　　　Defendant. | Civil Case No.: 16-1716 |

## VOLUNTARY DISMISSAL WITH PREJUDICE

By stipulation of the undersigned, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert Womack, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice, which each party bearing its own costs and attorney's fees.

Dated: April 28, 2016

/s/ Jeremy M. Glapion
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150
jmg@glapionlaw.com

IT IS SO ORDERED:

*Freda L. Wolfson*
FREDA L. WOLFSON, U.S.D.J.

4-29-16